**Exhibit A**

Table of Last-Observed Infringements by Defendants of Devils Film's Copyright in the Motion Picture "Cum Dripping Cream Pies 7," Copyright Reg. No. PA0001764734

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 107.3.69.86 | 2012-01-21 22:47:40 -0500 | Comcast Cable | BitTorrent | 0c0fb687d22e307b66b6a41fb76a56ed4cf3ed5a |
| Doe 2 | 108.20.130.58 | 2012-02-18 13:12:44 -0500 | Verizon Internet Services | BitTorrent | 0c0fb687d22e307b66b6a41fb76a56ed4cf3ed5a |
| Doe 3 | 108.7.221.222 | 2012-01-11 20:15:45 -0500 | Verizon Internet Services | BitTorrent | 0c0fb687d22e307b66b6a41fb76a56ed4cf3ed5a |
| Doe 4 | 173.48.186.242 | 2012-02-05 00:59:55 -0500 | Verizon Internet Services | BitTorrent | 0c0fb687d22e307b66b6a41fb76a56ed4cf3ed5a |
| Doe 5 | 173.76.164.199 | 2012-01-28 13:16:37 -0500 | Verizon Internet Services | BitTorrent | 0c0fb687d22e307b66b6a41fb76a56ed4cf3ed5a |
| Doe 6 | 173.76.193.15 | 2012-01-22 19:45:17 -0500 | Verizon Internet Services | BitTorrent | 0c0fb687d22e307b66b6a41fb76a56ed4cf3ed5a |
| Doe 7 | 173.76.32.216 | 2012-02-16 08:59:56 -0500 | Verizon Internet Services | BitTorrent | 0c0fb687d22e307b66b6a41fb76a56ed4cf3ed5a |
| Doe 8 | 174.62.154.224 | 2012-02-03 19:11:01 -0500 | Comcast Cable | BitTorrent | 0c0fb687d22e307b66b6a41fb76a56ed4cf3ed5a |
| Doe 9 | 24.128.120.22 | 2012-01-15 21:07:42 -0500 | Comcast Cable | BitTorrent | 0c0fb687d22e307b66b6a41fb76a56ed4cf3ed5a |
| Doe 10 | 24.128.72.99 | 2012-02-06 19:13:35 -0500 | Comcast Cable | BitTorrent | 0c0fb687d22e307b66b6a41fb76a56ed4cf3ed5a |
| Doe 11 | 24.218.153.38 | 2012-01-19 15:02:10 -0500 | Comcast Cable | BitTorrent | 0c0fb687d22e307b66b6a41fb76a56ed4cf3ed5a |
| Doe 12 | 24.218.198.120 | 2012-01-26 21:08:23 -0500 | Comcast Cable | BitTorrent | 0c0fb687d22e307b66b6a41fb76a56ed4cf3ed5a |
| Doe 13 | 24.218.222.124 | 2012-01-17 22:54:35 -0500 | Comcast Cable | BitTorrent | 0c0fb687d22e307b66b6a41fb76a56ed4cf3ed5a |
| Doe 14 | 24.34.191.2 | 2012-01-19 03:53:16 -0500 | Comcast Cable | BitTorrent | 0c0fb687d22e307b66b6a41fb76a56ed4cf3ed5a |
| Doe 15 | 24.34.210.48 | 2012-01-26 21:42:44 -0500 | Comcast Cable | BitTorrent | 0c0fb687d22e307b66b6a41fb76a56ed4cf3ed5a |
| Doe 16 | 24.60.142.254 | 2012-01-27 23:12:57 -0500 | Comcast Cable | BitTorrent | 0c0fb687d22e307b66b6a41fb76a56ed4cf3ed5a |
| Doe 17 | 24.61.16.95 | 2012-01-15 23:02:02 -0500 | Comcast Cable | BitTorrent | 0c0fb687d22e307b66b6a41fb76a56ed4cf3ed5a |
| Doe 18 | 24.62.31.140 | 2012-01-28 11:15:08 -0500 | Comcast Cable | BitTorrent | 0c0fb687d22e307b66b6a41fb76a56ed4cf3ed5a |
| Doe 19 | 24.63.141.247 | 2012-01-15 09:22:53 -0500 | Comcast Cable | BitTorrent | 0c0fb687d22e307b66b6a41fb76a56ed4cf3ed5a |
| Doe 20 | 24.63.34.239 | 2012-01-18 19:41:13 -0500 | Comcast Cable | BitTorrent | 0c0fb687d22e307b66b6a41fb76a56ed4cf3ed5a |
| Doe 21 | 24.63.52.229 | 2012-01-21 10:23:27 -0500 | Comcast Cable | BitTorrent | 0c0fb687d22e307b66b6a41fb76a56ed4cf3ed5a |
| Doe 22 | 24.91.244.248 | 2012-02-18 18:06:16 -0500 | Comcast Cable | BitTorrent | 0c0fb687d22e307b66b6a41fb76a56ed4cf3ed5a |
| Doe 23 | 65.96.113.182 | 2012-01-16 14:36:09 -0500 | Comcast Cable | BitTorrent | 0c0fb687d22e307b66b6a41fb76a56ed4cf3ed5a |
| Doe 24 | 65.96.156.66 | 2012-01-16 15:10:06 -0500 | Comcast Cable | BitTorrent | 0c0fb687d22e307b66b6a41fb76a56ed4cf3ed5a |
| Doe 25 | 65.96.84.247 | 2012-01-23 15:56:39 -0500 | Comcast Cable | BitTorrent | 0c0fb687d22e307b66b6a41fb76a56ed4cf3ed5a |
| Doe 26 | 66.30.110.242 | 2012-01-21 05:17:33 -0500 | Comcast Cable | BitTorrent | 0c0fb687d22e307b66b6a41fb76a56ed4cf3ed5a |
| Doe 27 | 66.31.35.35 | 2012-01-09 18:45:16 -0500 | Comcast Cable | BitTorrent | 0c0fb687d22e307b66b6a41fb76a56ed4cf3ed5a |

| Doe 28 | 67.248.45.172 | 2012-01-19 23:19:42 -0500 | Road Runner | BitTorrent | 0c0fb687d22e307b66b6a41fb76a56ed4cf3ed5a |
| Doe 29 | 67.253.108.16 | 2012-01-25 13:43:45 -0500 | Road Runner | BitTorrent | 0c0fb687d22e307b66b6a41fb76a56ed4cf3ed5a |
| Doe 30 | 68.187.223.81 | 2012-01-23 22:43:16 -0500 | CHARTER COMMUNICATIONS | BitTorrent | 0c0fb687d22e307b66b6a41fb76a56ed4cf3ed5a |
| Doe 31 | 71.174.108.5 | 2012-01-14 13:54:37 -0500 | Verizon Internet Services | BitTorrent | 0c0fb687d22e307b66b6a41fb76a56ed4cf3ed5a |
| Doe 32 | 71.174.224.236 | 2012-01-31 17:19:16 -0500 | Verizon Internet Services | BitTorrent | 0c0fb687d22e307b66b6a41fb76a56ed4cf3ed5a |
| Doe 33 | 71.174.77.143 | 2012-01-27 20:45:22 -0500 | Verizon Internet Services | BitTorrent | 0c0fb687d22e307b66b6a41fb76a56ed4cf3ed5a |
| Doe 34 | 71.184.199.168 | 2012-01-21 13:34:34 -0500 | Verizon Internet Services | BitTorrent | 0c0fb687d22e307b66b6a41fb76a56ed4cf3ed5a |
| Doe 35 | 71.184.205.112 | 2012-02-01 22:06:20 -0500 | Verizon Internet Services | BitTorrent | 0c0fb687d22e307b66b6a41fb76a56ed4cf3ed5a |
| Doe 36 | 71.184.71.92 | 2012-02-24 08:14:06 -0500 | Verizon Internet Services | BitTorrent | 0c0fb687d22e307b66b6a41fb76a56ed4cf3ed5a |
| Doe 37 | 71.233.244.254 | 2012-01-20 21:49:54 -0500 | Comcast Cable | BitTorrent | 0c0fb687d22e307b66b6a41fb76a56ed4cf3ed5a |
| Doe 38 | 75.67.5.184 | 2012-01-29 20:03:28 -0500 | Comcast Cable | BitTorrent | 0c0fb687d22e307b66b6a41fb76a56ed4cf3ed5a |
| Doe 39 | 75.68.253.2 | 2012-01-30 20:20:05 -0500 | Comcast Cable | BitTorrent | 0c0fb687d22e307b66b6a41fb76a56ed4cf3ed5a |
| Doe 40 | 75.69.178.101 | 2012-01-27 22:11:03 -0500 | Comcast Cable | BitTorrent | 0c0fb687d22e307b66b6a41fb76a56ed4cf3ed5a |
| Doe 41 | 76.19.236.204 | 2012-01-27 21:45:21 -0500 | Comcast Cable | BitTorrent | 0c0fb687d22e307b66b6a41fb76a56ed4cf3ed5a |
| Doe 42 | 76.23.211.253 | 2012-03-10 16:10:59 -0500 | Comcast Cable | BitTorrent | 0c0fb687d22e307b66b6a41fb76a56ed4cf3ed5a |
| Doe 43 | 76.24.3.39 | 2012-01-16 20:05:33 -0500 | Comcast Cable | BitTorrent | 0c0fb687d22e307b66b6a41fb76a56ed4cf3ed5a |
| Doe 44 | 76.28.71.44 | 2012-02-02 11:19:36 -0500 | Comcast Cable | BitTorrent | 0c0fb687d22e307b66b6a41fb76a56ed4cf3ed5a |
| Doe 45 | 96.233.108.57 | 2012-01-19 21:20:26 -0500 | Verizon Internet Services | BitTorrent | 0c0fb687d22e307b66b6a41fb76a56ed4cf3ed5a |
| Doe 46 | 96.252.93.10 | 2012-03-15 10:42:01 -0400 | Verizon Internet Services | BitTorrent | 0c0fb687d22e307b66b6a41fb76a56ed4cf3ed5a |
| Doe 47 | 97.80.108.85 | 2012-03-09 20:21:22 -0500 | CHARTER COMMUNICATIONS | BitTorrent | 0c0fb687d22e307b66b6a41fb76a56ed4cf3ed5a |
| Doe 48 | 98.217.82.120 | 2012-01-22 11:05:50 -0500 | Comcast Cable | BitTorrent | 0c0fb687d22e307b66b6a41fb76a56ed4cf3ed5a |
| Doe 49 | 98.229.178.99 | 2012-01-25 08:41:00 -0500 | Comcast Cable | BitTorrent | 0c0fb687d22e307b66b6a41fb76a56ed4cf3ed5a |